IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  8:23CR77 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JASON SHADDEN, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on August 14, 2024 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant Exhibit 101 for Sentencing held  7/24/24

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   August 14, 2024

BY THE COURT

Brian C. Buescher
United States District Judge